UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Filed: 1/28/2009
U.S. District Court
East Dist. of Mi Detroit

GILBERT POOLE, #202095,

    Petitioner,

v.

JEFFREY WOODS,

    Respondent.
    _____/

CASE NO. 2:08-CV-12955
HONORABLE GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE
HONORABLE PAUL J. KOMIVES
UNITED STATES MAGISTRATE JUDGE

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:    202095 GILBERT POOLE
        KINROSS CORRECTIONAL FACILITY
        16770 SOUTH WATERTOWER DRIVE
        KINCHELOE, MI  49788

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

MICHAEL A. COX
Attorney General

s/ Andrew L Shirvell

Assistant Attorney General
Appellate Division
P. O. Box 30217
Lansing, Michigan 48909
shirvella@michigan.gov
(P70472)

Dated:  January 23, 2009

**Index of Record**
2:08-CV-12955

1. Oakland County Docket Sheet 89-90203-FC.

2. 01-24-89 Transcript.

3. 03-22-89 Transcript.

4. 03-30-89 Transcript.

5. 05-30-89 Transcript.

6. 06-01-89 Transcript.

7. 06-02-89 Transcript Morning.

8. 06-02-89 Transcript Afternoon.

9. 06-05-89 Transcript.

10. 06-22-89 Transcript.

11. Michigan Court of Appeals 120955.

12. Michigan Supreme Court 95882.

13. Michigan Court of Appeals 276973.

14. Michigan Supreme Court 135398.

**Certificate of Service**

The undersigned certifies that on January 23, 2009, Kimborly S. Musser served a copy of the following papers by mailing same in the United States Postal Service:

1. Respondent's Notice of Filing Rule 5 Material;
2. Index of Record; and
3. Certificate of Service.

upon the following:

    202095 GILBERT POOLE
    KINROSS CORRECTIONAL FACILITY
    16770 SOUTH WATERTOWER DRIVE
    KINCHELOE, MI  49788

    Respectfully submitted,

    MICHAEL A. COX
    Attorney General

    s/Andrew L Shirvell

    Assistant Attorney General
    Appellate Division
    P. O. Box 30217
    Lansing, Michigan 48909
    shirvella@michigan.gov
    (P70472)